**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SDLOMO, LLC, | : | |
| | : | |
| Debtor. | : | Case No.  25-14688 (AMC) |

**CERTIFICATE OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE PLEADING TO THE APPLICATION TO EMPLOY JACQUELINE GLEASON AS ACCOUNTANT FOR DEBTOR**

The Debtor in Possession, SDLOMO, LLC, hereinafter referred to as the "Debtor" by and through its proposed counsel, Center City Law Offices, LLC, hereby makes this certification pursuant to Local Bankruptcy Rule 9013-1(e)(2) and in support thereof represents as follows:

1. Debtors herein filed an Application to Employ Jacqueline M. Gleason, CPA of J. Gleason Associates, LLC, on March 31, 2026 at docket number 60 as Accountant for the Debtor.

2. The Office of the U.S. Trustee was served with the Application on this same date.

3. More than eight (8) calendar days have passed since the Application was filed and served on the parties as required and as of today's date no answer, objection, or other responsive pleading has been received opposing the Application to Employ the Accountant for the Debtor.

WHEREFORE, the Debtor prays for the entry of an Order approving the employment of Jacqueline

Gleason, CPA as Accountant for the Debtor.

**CENTER CITY LAW OFFICES, LLC**

BY:   */s/Maggie S. Soboleski*
MAGGIE S. SOBOLESKI
Identification No. 88268
1632 Ellsworth Street
Philadelphia, PA  19146
Tel:  (215)620-2132
*Counsel to the Debtor*

Dated:  June 1, 2026

**2**