**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **SDLOMO, LLC.,** | : | |
| | : | |
| **Debtor.** | : | **Case No. 25-------(AMC)** |
| | : | **Hearing Date:** _____ |
| | : | **Time:** _____ |
| | : | **Place:** _____ |
| | : | |

_____

 **ORDER**

AND NOW, this ___15th_____ day of ___June_____ 2026 upon consideration of the

Application of Jacqueline Gleason, CPA and J. Gleason Associates, LLC., as Debtor's

Accountant, (the "Application"), the Court having concluded that the employment Jacqueline

M. Gleason, CPA  of  J. Gleason Associates, LLC, (the "Applicant") is necessary and is in the

best interest of the Debtor, the Court being satisfied that the Applicant represents no interest

adverse to the estate with respect to matters as to which it is to be engaged; that the Applicant is

disinterested under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient

cause appearing therefore, it is

ORDERED AND DECREED that:

1.  The Application is APPROVED; and

2.  The Debtor is hereby authorized to employ Jacqueline  M. Gleason, CPA  of  J.

   Gleason Associates, LLC,, effective as of November 14, 2025, pursuant to the terms

   more fully set forth in the Application and Verification of Jacqueline  M. Gleason,

   CPA  of  J. Gleason Associates, LLC., may receive such compensation as is approved

by this Court upon application after notice and opportunity for hearing.

_____

Ashely M. Chan, Chief
United States Bankruptcy Judge