United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-14688-amc

SDLOMO Partners, LLC                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  SDLOMO Partners, LLC, 1308 N. 31st Street, Philadelphia, PA 19121-4425

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026                             Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

**Name                          Email Address**

DANIEL P. JONES
                               on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, a federal savings bank, not in its individual capacity but
                               solely as indenture trustee for CIM Trust 2023-I2 djones@sterneisenberg.com, bkecf@sterneisenberg.com

JOHN HENRY SCHANNE
                               on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MAGGIE S SOBOLESKI
                               on behalf of Debtor SDLOMO Partners  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MARK A. CRONIN
                               on behalf of Creditor Pacific Asset Holding LLC philalaw@aol.com  mccallaecf@ecf.courtdrive.com

MEGAN N. HARPER
                               on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

United States Trustee
                               USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Jun 15, 2026                            Form ID: pdf900                            Total Noticed: 1

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **SDLOMO, LLC.,** | : | |
| | : | |
| Debtor. | : | **Case No. 25-------(AMC)** |
| | : | **Hearing Date:** _____ |
| | : | **Time:** _____ |
| | : | **Place:** _____ |
| | : | |

_____

**ORDER**

AND NOW, this ___15th_____ day of ___June_____ 2026 upon consideration of the

Application of Jacqueline Gleason, CPA and J. Gleason Associates, LLC., as Debtor's

Accountant, (the "Application"), the Court having concluded that the employment Jacqueline

M. Gleason, CPA  of  J. Gleason Associates, LLC, (the "Applicant") is necessary and is in the

best interest of the Debtor, the Court being satisfied that the Applicant represents no interest

adverse to the estate with respect to matters as to which it is to be engaged; that the Applicant is

disinterested under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient

cause appearing therefore, it is

ORDERED AND DECREED that:

1.  The Application is APPROVED; and

2.  The Debtor is hereby authorized to employ Jacqueline  M. Gleason, CPA  of  J.

    Gleason Associates, LLC,, effective as of November 14, 2025, pursuant to the terms

    more fully set forth in the Application and Verification of Jacqueline  M. Gleason,

    CPA  of  J. Gleason Associates, LLC., may receive such compensation as is approved

by this Court upon application after notice and opportunity for hearing.

_____

Ashely M. Chan, Chief
United States Bankruptcy Judge