**Fill in this information to identify the case:**

Debtor Name SDLOMO Partners LLC

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 25-14688

❑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | | | |
|---|---|---|---|
| Month: | May 2026 | Date report filed: | 06/30/2026 |
| | | | MM / DD / YYYY |
| Line of business: | Rental Residential | NAISC code: | 531110 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:          Lamonte Owens

Original signature of responsible party          *Lamonte Owens*

Printed name of responsible party          Lamonte Owens

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. Have you paid all of your bills on time? | ❑ | ☑ | ❑ |
| 4. Did you pay your employees on time? | ❑ | ❑ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ❑ | ❑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Signed via Verifyle: 6a44080af31ad46e

Debtor Name  SDLOMO Partners LLC                                    Case number 25-14688

17. Have you paid any bills you owed before you filed bankruptcy?    ❑  ☑  ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑  ☑  ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ ___6,038.58___

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.    $ ___2,000.00___

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.    − $ ___4,636.08___

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.    + $ ___-2,636.08___

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ ___3,402.50___

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ ___16,272.86___

   *(Exhibit E)*

Signed via Verifyle: 6a44080af31ad46e

Debtor Name  SDLOMO Partners LLC                              Case number  25-14688

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                  $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                               0

27. What is the number of employees as of the date of this monthly report?                  0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                            $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?          $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 6,000.00 | − | $ 2,000.00 | = | $ 4,000.00 |
| 33. **Cash disbursements** | $ 6,395.22 | − | $ 4,636.08 | = | $ 1,759.14 |
| 34. **Net cash flow** | $ -395.22 | − | $ -2,636.08 | = | $ 2,240.86 |

35. Total projected cash receipts for the next month:                                       $ 6,000.00

36. Total projected cash disbursements for the next month:                                - $ 6,395.22

37. Total projected net cash flow for the next month:                                     = $ -395.22

Signed via Verifyle: 6a44080af31ad46e

Debtor Name  SDLOMO Partners LLC                                                          Case number 25-14688

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Signed via Verifyle: 6a44080af31ad46e

**11:33 AM**

**06/30/26**

**SDLOMO Partners LLC**
# Reconciliation Summary
**TD DIP Acct 8841, Period Ending 05/31/2026**

|  | May 31, 26 |
| --- | --- |
| **Beginning Balance** | 6,038.58 |
| **Cleared Transactions** | |
| **Checks and Payments - 12 items** | -8,191.83 |
| **Deposits and Credits - 7 items** | 5,555.75 |
| **Total Cleared Transactions** | -2,636.08 |
| **Cleared Balance** | **3,402.50** |
| **Register Balance as of 05/31/2026** | 3,402.50 |
| **Ending Balance** | 3,402.50 |

Signed via Verifyle: 6a44080af31ad46e

**11:33 AM**

**06/30/26**

# SDLOMO Partners LLC
# Reconciliation Detail
### TD DIP Acct 8841, Period Ending 05/31/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 6,038.58 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Check | 05/01/2026 | ACH | Shell Point | X | -1,400.00 | -1,400.00 |
| Check | 05/01/2026 | ACH | Shell Point | X | -1,400.00 | -2,800.00 |
| Check | 05/01/2026 | ACH | PECO | X | -252.25 | -3,052.25 |
| Check | 05/01/2026 | ACH | Bankruptcy Court | X | -250.00 | -3,302.25 |
| Check | 05/01/2026 | ACH | PECO | X | -202.25 | -3,504.50 |
| Check | 05/01/2026 | ach | PECO | X | -51.25 | -3,555.75 |
| Check | 05/01/2026 | ach | PECO | X | -13.56 | -3,569.31 |
| Check | 05/04/2026 | ACH | Faye Servicing | X | -1,230.17 | -4,799.48 |
| Check | 05/05/2026 | 1026 | | X | -1,000.00 | -5,799.48 |
| Check | 05/06/2026 | ACH | Bankruptcy Court | X | -250.00 | -6,049.48 |
| Check | 05/07/2026 | 1027 | | X | -2,000.00 | -8,049.48 |
| Check | 05/20/2026 | ach | Foremost Insurance | X | -142.35 | -8,191.83 |
| | Total Checks and Payments | | | | -8,191.83 | -8,191.83 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 05/01/2026 | Ach | PECO | X | 252.25 | 252.25 |
| Deposit | 05/01/2026 | ACH | Shell Point | X | 1,400.00 | 1,652.25 |
| Deposit | 05/04/2026 | ACH | PECO | X | 51.25 | 1,703.50 |
| Deposit | 05/04/2026 | ACH | PECO | X | 202.25 | 1,905.75 |
| Deposit | 05/04/2026 | ACH | Bankruptcy Court | X | 250.00 | 2,155.75 |
| Deposit | 05/04/2026 | ACH | Shell Point | X | 1,400.00 | 3,555.75 |
| Deposit | 05/29/2026 | | | X | 2,000.00 | 5,555.75 |
| | Total Deposits and Credits | | | | 5,555.75 | 5,555.75 |
| | Total Cleared Transactions | | | | -2,636.08 | -2,636.08 |
| Cleared Balance | | | | | -2,636.08 | 3,402.50 |
| Register Balance as of 05/31/2026 | | | | | -2,636.08 | 3,402.50 |
| **Ending Balance** | | | | | **-2,636.08** | **3,402.50** |

Signed via Verifyle: 6a44080af31ad46e



**Bank**

America's Most Convenient Bank®

SDLOMO PARTNERS LLC

DIP CASE 25-14688 EDPA

1310 S 5TH ST

PHILADELPHIA PA          19147

| 039 / Chapter 11 Checking | 4468138841 |
|---|---|

| | | | | |
|---|---|---|---|---|
| Statement Beginning Balance | | | | $3,688.93 |
| Plus | 8 | Deposits and Other Credits | | $11,555.75 |
| Less | 15 | Checks and Other Debits | | $11,842.18 |
| Statement Balance As Of: 05/31/2026 | | | | $3,402.50 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 4/1/2026 | FAY SERVICING    ACH PMTS | $2,500.00 | | $1,188.93 |
| 4/2/2026 | DEBIT | $1,008.00 | | $180.93 |
| 4/20/2026 | FOREMOST      EPM PYMT | $142.35 | | $38.58 |
| 4/29/2026 | DEPOSIT | | $6,000.00 | $6,038.58 |
| 5/1/2026 | NEWREZ-SHELLPOIN ACH PMT | $1,400.00 | | $4,638.58 |
| 5/1/2026 | NEWREZ-SHELLPOIN ACH PMT | $1,400.00 | | $3,238.58 |
| 5/1/2026 | PECO ENERGY COMP BILLPAY | $252.25 | | $2,986.33 |
| 5/1/2026 | QUARTERLY FEE    PAYMENT | $250.00 | | $2,736.33 |
| 5/1/2026 | PECO ENERGY COMP BILLPAY | $202.25 | | $2,534.08 |
| 5/1/2026 | PECO ENERGY COMP BILLPAY | $51.25 | | $2,482.83 |
| 5/1/2026 | PECO ENERGY COMP BILLPAY | $13.56 | | $2,469.27 |
| 5/4/2026 | NEWREZ-SHELLPOIN ACH PMT | | $1,400.00 | $3,869.27 |
| 5/4/2026 | NEWREZ-SHELLPOIN ACH PMT | | $1,400.00 | $5,269.27 |
| 5/4/2026 | PECO ENERGY COMP BILLPAY | | $252.25 | $5,521.52 |
| 5/4/2026 | QUARTERLY FEE    PAYMENT | | $250.00 | $5,771.52 |
| 5/4/2026 | PECO ENERGY COMP BILLPAY | | $202.25 | $5,973.77 |
| 5/4/2026 | PECO ENERGY COMP BILLPAY | | $51.25 | $6,025.02 |
| 5/4/2026 | FAY SERVICING    ACH PMTS | $1,230.17 | | $4,794.85 |
| 5/5/2026 | 1026 CHECK CASHED | $1,000.00 | | $3,794.85 |
| 5/6/2026 | QUARTERLY FEE    RETRY PYMT | $250.00 | | $3,544.85 |
| 5/7/2026 | 1027 CHECK CASHED | $2,000.00 | | $1,544.85 |
| 5/20/2026 | FOREMOST      EPM PYMT | $142.35 | | $1,402.50 |
| 5/29/2026 | DEPOSIT | | $2,000.00 | $3,402.50 |

## Check Transactions

| Number | Date | Amount |
|---|---|---|
| 1026 | 5/5/2026 | $1,000.00 |
| 1027 | 5/7/2026 | $2,000.00 |

Signed via Verifyle: 6a44080af31ad46e

# TD Bank

### America's Most Convenient Bank®

SDLOMO PARTNERS LLC

DIP CASE 25-14688 EDPA

1310 S 5TH ST

PHILADELPHIA PA          19147

| | 039 / Chapter 11 Checking | | 4468138841 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 6/1/2026 | | | $3,402.50 |
| Plus | 2 | Deposits and Other Credits | $3,230.17 |
| Less | 3 | Checks and Other Debits | $4,080.41 |
| Statement Balance As Of: 06/04/2026 | | | $2,552.26 |

### Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 6/1/2026 | NEWREZ-SHELLPOIN ACH PMT | $1,427.78 | | $1,974.72 |
| 6/1/2026 | NEWREZ-SHELLPOIN ACH PMT | $1,422.46 | | $552.26 |
| 6/2/2026 | DEPOSIT | | $2,000.00 | $2,552.26 |
| 6/2/2026 | FAY SERVICING    ACH PMTS | $1,230.17 | | $1,322.09 |
| 6/3/2026 | FAY SERVICING    ACH PMTS | | $1,230.17 | $2,552.26 |

### Check Transactions

| Number | Date | Amount |
|---|---|---|

Signed via Verifyle: 6a44080af31ad46e

SDLOMO Partners LLC
Case #25-14688
Exhibit A

Question #:

All mortgage payments and utilities were not paid on a timely basis, rent was received later in the month. Payments were processed online as of 4/30/2026, but all payments were later returned due to lack of funds availability.  Payments did clear in the month of May 2026.  See Exhibit E for listing of all 3 bills owed at this time.

Signed via Verifyle: 6a44080af31ad46e

SDLOMO Partners LLC
Case #25-14688
Exhibit B

Signed via Verifyle: 6a44080af31ad46e

SDLOMO Partners LLC
Case #25-14688
Exhibit C-Total Cash Receipts

| Date | Deposit | |
|------|---------|---|
| 5/29/2026 | 2,000.00 | May Rents |

| | | |
|------|---------|---|
| Deposits into DIP Account | 2,000.00 | |

Signed via Verifyle: 6a44080af31ad46e

SDLOMO Partners LLC

Case #25-14688

Exhibit D-Total Cash Disbursements

| Date | Payee | Amount |
|---|---|---|
| 5/1/2026 | PECO | 13.56 |
| 5/4/2026 | Faye Servicing | 1,230.17 |
| 5/5/2026 | Lamonte Owens | 1,000.00 |
| 5/6/2026 | Bankruptcy Court | 250.00 |
| 5/7/2026 | Lamonte Owens | 2,000.00 |
| 5/20/2026 | Foremost Insurance | 142.35 |
| | | 4,636.08 |

Signed via Verifyle: 6a44080af31ad46e

SDLOMO Partners LLC
Case #25-14688
Exhibit E-Listing of Unpaid Bills

| Date | Payee | Amount |
|---|---|---|
| 2/17/2026 | PECO-2323 N Opal Street | 485.58 |
| 2/9/2026 | PECO-1327 W Toronto St- 2nd Fl Philadelphia | 311.10 |
| 3/4/2026 | PECO-1327 W Toronto St -1st Fl Philadelphia | 54.41 |
| 2/6/2026 | PECO-5142 Wyalusing Avenue | 196.00 |
| 4/4/2026 | Office of the US Trustee | 250.00 |
| 4/13/2026 | J Gleason Associates LLC-Operating Reports | 964.00 |
| 4/1/2026 | Shell Point-Mortgage Payment-1327 Toronto | 1,400.00 |
| 4/1/2026 | Shell Point-Mortgage Payment-5142 Wyalusing | 1,400.00 |
| 4/27/2026 | City of Philadelphia Water Bill-2452 W Toronto | 4,825.83 |
| 5/4/2026 | City of Philadelphia Water Bill-1327 W Toronto St | 2,391.69 |
| 2/24/2026 | City of Philadelphia Water Bill-5142 Wyalusing Ave | 519.37 |
| 4/16/2026 | City of Philadelphia Water Bill-2323 N Opal St | 480.90 |
| 3/4/2026 | City of Philadelphia Water Bill-1328 W Clearfield St | 193.98 |
| 5/1/2026 | Shell Point-Mortgage Payment-1327 Toronto | 1,400.00 |
| 5/1/2026 | Shell Point-Mortgage Payment-5142 Wyalusing | 1,400.00 |
| | | 16,272.86 |

Signed via Verifyle: 6a44080af31ad46e

1:22 PM

06/30/26

Accrual Basis

**SDLOMO Partners LLC**

# Profit & Loss

**May 2026**

|  | May 26 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **Rental Income** | 2,000.00 |
| **Total Income** | 2,000.00 |
| **Expense** |  |
| **Insurance Expense** | 142.35 |
| **Mortgage Payments** | 1,230.17 |
| **Quarterly Trustee Fee** | 250.00 |
| **Utilities** | 13.56 |
| **Total Expense** | 1,636.08 |
| **Net Ordinary Income** | 363.92 |
| **Net Income** | **363.92** |

Signed via Verifyle: 6a44080af31ad46e