**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          :
                                                                :        Chapter 11
SDLOMO PARTNERS, LLC.,                                           :
                                                                :
                                                                :
            Debtor.                                             :        Case No. 25-14688 (AMC)

_____


**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND
SCHEDULING CONFIRMATION HEARING**


AND NOW, upon consideration of the Debtor's Filing of a Disclosure Statement, (the

Disclosure Statement), it is hereby ORDERED that:

1.       The Disclosure Statement is CONDITIONALLY APPROVED pending the

         following confirmation schedule:

2.       On or before _____, the Debtor's counsel shall transmit this

         Order, the most recently filed Plan of Reorganization ("the Plan"), the

         Disclosure Statement, a ballot that conforms substantially to the Official Form

         by electronic or other approved form of service under the Federal Rules of

         Civil Procedure to all creditors and other parties in interest and to the U.S.

         Trustee as required by Fed. R. Bankr. P. 3017(d).

3.       _____ at _____ p.m. is fixed as the deadline by which

         ballots must be received in order to be considered as acceptances or rejections

         of the Plan.

4.  _____ is fixed as the date by which the Debtor shall file the

Report of Plan Voting. The Report shall include a Certification regarding the

service on parties in interest required by Rule 3017(d).

5.  _____ is fixed as the deadline for filing and serving written

objections to the confirmation of the Plan pursuant to Fed. R. Bankr. P.

3020(b)(1).

6.  _____, at _____ a.m. , is fixed as the date and time for the

hearing on confirmation of the Plan, to be held at the United States Bankruptcy

Court, Courtroom No. _____, 900 Market Street, Philadelphia, PA 19107, or

as otherwise ordered by this Court.

_____
Ashely M. Chan, Chief,
Bankruptcy Court Judge