## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: SDLOMO Partners, LLC,

**Debtor**

BK NO. 25-14688-amc

**Pacific Asset Holding LLC,**

**Movant**

Chapter 11

**Confirmation Hearing Date: TBD**

vs.

SDLOMO Partners,
LLC,

**Respondents**

## OBJECTION OF PACIFIC ASSET HOLDING LLC
## TO THE CHAPTER 11 PLAN

Pacific Asset Holding LLC, a secured creditor holding a Mortgage against the real property commonly known 2323 N Opal St., Philadelphia, PA 19132 (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 11 Plan and asserts in support of its Objection as follows:

1.      Creditor's Proof of Claim 4-1 provides for a claim amount of $142,131.69 with a pre-petition arrearage of $5,269.74. The Debtor's proposed treatment of Creditor's claim is vague and ambiguous. It is not clear that Debtor intends to pay the regular post-petition mortgage payment directly per the contractual terms. The post-petition arrearage amount that Debtor intends to cure is unclear, as well as the scheme of distribution of cure payments, and the time frame for cure. Further, the Plan is ambiguous as to how the pre-petition arrearage claim will be paid, and the time frame of cure payments.

2.      The Plan also fails to contain any meaningful default provisions in the event of Debtor's failure to maintain payments to Creditor.  The Plan fails to indicate that in the event of a future default by the Debtor prior to confirmation of the Debtor's Plan, Creditor shall provide written notice to counsel for the Debtor indicating the nature of the default, with an opportunity to cure, and if the Debtor fails to timely cure the default amount and pay all subsequent payments due prior to the expiration of the cure period, then upon the filing of an Affidavit of Default, the automatic stay of 11 U.S.C. §362 shall terminate. The Plan also fails to clearly indicate that the automatic stay of 11 U.S.C. §362 shall terminate upon entry of an Order Confirming the Debtor's Plan, and that in the event of a future default

after confirmation of the Chapter 11 Plan by the Debtor, Creditor shall proceed with default remedies under the terms of the Note and Mortgage and pursuant to applicable state law.

3. The Plan also fails to contain any meaningful default provisions in the event of Debtor's failure to maintain payments to Creditor.   The Plan fails to indicate that in the event of a future default by the Debtor prior to confirmation of the Debtor's Plan, Creditor shall provide written notice to counsel for the Debtor indicating the nature of the default, with an opportunity to cure, and if the Debtor fails to timely cure the default amount and pay all subsequent payments due prior to the expiration of the cure period, then upon the filing of an Affidavit of Default, the automatic stay of 11 U.S.C. §362 shall terminate. The Plan also fails to clearly indicate that the automatic stay of 11 U.S.C. §362 shall terminate upon entry of an Order Confirming the Debtor's Plan, and that in the event of a future default after confirmation of the Chapter 11 Plan by the Debtor, Creditor shall proceed with default remedies under the terms of the Note and Mortgage and pursuant to applicable state law.

4. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

5. Creditor reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

6. Accordingly, Confirmation of the Plan should be denied.


WHEREFORE, Pacific Asset Holding LLC, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: July 22, 2026

/s/Denise  Carlon_____
Denise  Carlon
Pennsylvania BAR NO. 317226
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
848-325-2981

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: SDLOMO Partners, LLC,

              Debtor

CHAPTER 11
BK. NO. 25-14688-amc


**Pacific Asset Holding LLC,**

              Movant

vs.

**SDLOMO Partners, LLC,**

              Respondents


### CERTIFICATION OF SERVICE

      I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on July 22, 2026.


**Debtor's Attorney**
MAGGIE S SOBOLESKI
msoboleski@kmllawgroup.com
VIA ECF

**Debtor**
SDLOMO Partners, LLC
1308 N. 31st Street
Philadelphia, PA 19121
VIA U.S. MAIL

Dated: July 22, 2026

By: */s/Denise Carlon_____*
Denise Carlon
Attorney for Movant