**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SDLOMO PARTNERS, LLC., | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 25-14688 (AMC) |

---

**ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of the

First Fee Application of J. Gleason Associates, LLC as Accountant for the Debtor pursuant to

sections 330(a) and 331 of the Bankruptcy Code, and after notice and hearing, it is hereby

ORDERED that:

1.  The First Fee Application of J. Gleason Associates, LLC is APPROVED on an interim basis.

2.  J. Gleason Associates, LLC is allowed compensation in the amount of $1,826.50 to be paid

    upon approval of this fee application.

BY THE COURT:

_____
Honorable Ashely M. Chan
Chief, United States Bankruptcy Judge