**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SDLOMO PARTNERS, LLC., | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 25-14688 (AMC) |

_____

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND**
**SCHEDULING CONFIRMATION HEARING**

AND NOW, upon consideration of the Debtor's Filing of a Disclosure Statement, (the

Disclosure Statement), it is hereby ORDERED that:

1.      The Disclosure Statement is CONDITIONALLY APPROVED pending the

following confirmation schedule:

2.      On or before _July 29, 2026____, the Debtor's counsel shall transmit this

Order, the most recently filed Plan of Reorganization ("the Plan"), the

Disclosure Statement, a ballot that conforms substantially to the Official Form

by electronic or other approved form of service under the Federal Rules of

Civil Procedure to all creditors and other parties in interest and to the U.S.

Trustee as required by Fed. R. Bankr. P. 3017(d).

3.      ___Sept. 1, 2026____ at _5:00____ p.m. is fixed as the deadline by which

ballots must be received in order to be considered as acceptances or rejections

of the Plan.

4.  __Sept. 4, 2026__ is fixed as the date by which the Debtor shall file the

Report of Plan Voting. The Report shall include a Certification regarding the

service on parties in interest required by Rule 3017(d).

5.  __Sept. 1, 2026__ is fixed as the deadline for filing and serving written

objections to the confirmation of the Plan pursuant to Fed. R. Bankr. P.

3020(b)(1).

6.  __Sept. 9, 2026__, at __12:30__ p.m. , is fixed as the date and time for the

hearing on confirmation of the Plan, to be held at the United States Bankruptcy

Court, Courtroom No. __4__, 900 Market Street, Philadelphia, PA 19107, or

as otherwise ordered by this Court.  Appearances by phone are permitted.

Date:  July 23, 2026

_____
Ashely M. Chan, Chief,
Bankruptcy Court Judge