United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-14688-amc

SDLOMO Partners, LLC                                                          Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +  SDLOMO Partners, LLC, 1308 N. 31st Street, Philadelphia, PA 19121-4425

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name                              Email Address**

DANIEL P. JONES

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, a federal savings bank, not in its individual capacity but solely as indenture trustee for CIM Trust 2023-I2 djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON

on behalf of Creditor Pacific Asset Holding LLC  denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MAGGIE S SOBOLESKI

on behalf of Accountant Gleason Associates msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com

MAGGIE S SOBOLESKI

on behalf of Debtor SDLOMO Partners  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MARK A. CRONIN

on behalf of Creditor Pacific Asset Holding LLC philalaw@aol.com  mccallaecf@ecf.courtdrive.com

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Jul 23, 2026                                Form ID: pdf900                                Total Noticed: 1

MEGAN N. HARPER

        on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :
                                                    :          Chapter 11
      SDLOMO PARTNERS, LLC.,                  :
                                                    :
                                                    :
                                                    :
      Debtor.                                :          Case No. 25-14688 (AMC)

_____

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND
SCHEDULING CONFIRMATION HEARING**

AND NOW, upon consideration of the Debtor's Filing of a Disclosure Statement, (the

Disclosure Statement), it is hereby ORDERED that:

1.      The Disclosure Statement is CONDITIONALLY APPROVED pending the

following confirmation schedule:

2.      On or before <u>July 29, 2026</u>, the Debtor's counsel shall transmit this

Order, the most recently filed Plan of Reorganization ("the Plan"), the

Disclosure Statement, a ballot that conforms substantially to the Official Form

by electronic or other approved form of service under the Federal Rules of

Civil Procedure to all creditors and other parties in interest and to the U.S.

Trustee as required by Fed. R. Bankr. P. 3017(d).

3.      <u>Sept. 1, 2026</u> at <u>5:00</u> p.m. is fixed as the deadline by which

ballots must be received in order to be considered as acceptances or rejections

of the Plan.

4. _____Sept. 4, 2026_____ is fixed as the date by which the Debtor shall file the

Report of Plan Voting. The Report shall include a Certification regarding the

service on parties in interest required by Rule 3017(d).

5. _____Sept. 1, 2026_____ is fixed as the deadline for filing and serving written

objections to the confirmation of the Plan pursuant to Fed. R. Bankr. P.

3020(b)(1).

6. _____Sept. 9, 2026_____, at __12:30__ p.m. , is fixed as the date and time for the

hearing on confirmation of the Plan, to be held at the United States Bankruptcy

Court, Courtroom No. _4___, 900 Market Street, Philadelphia, PA 19107, or

as otherwise ordered by this Court.  Appearances by phone are permitted.

Date:  July 23, 2026

_____
Ashely M. Chan, Chief,
Bankruptcy Court Judge