**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| SDLOMO PARTNERS, LLC, | : | |
| Debtor. | : | Case No. 25-14688 (AMC) |

_____

**CERTIFICATE OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE PLEADING TO THE FIRST FEE APPLICATION OF ACCOUNTANT FOR THE DEBTOR**

The Debtor in Possession, SDLOMO PARTNERS, LLC, hereinafter referred to as the "Debtor" by and through its counsel, Center City Law Offices, LLC, hereby makes this certification pursuant to Local Bankruptcy Rule 2016-1(f) and in support thereof represents as follows:

1. A First Fee Application for Jacqueline Gleason and Associates, LLC as ACCOUNTANT for the Debtor, (the "Application") was filed on July 21, 2026 at docket #72..

2. The Office of the U.S. Trustee was served with the Application on this same date.

3. More than fourteen (14) calendar days have passed since the Application was filed and served on the parties as required and as of today's date no answer, objection, or other responsive pleading has been received opposing the First Fee Application for the Accountant for the Debtor.

WHEREFORE, the Debtor prays for the entry of an Order approving the First Fee

Application of Jacqueline Gleason and Associates, LLC as Accountant for the Debtor in the

amount of $1,862.50.

Respectfully submitted:

CENTER CITY LAW OFFICES, LLC

BY: */s/Maggie S. Soboleski*
MAGGIE S. SOBOLESKI
Identification No. 88268
1632 Ellsworth Street
Philadelphia, PA 19146
Tel: (215)620-2132
*Counsel to the Debtor*

August 4, 2022