**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SDLOMO PARTNERS, LLC., | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 25-14688 (AMC) |

---

**ORDER**

AND NOW, this 10th day of August, 2026, upon consideration of the First Fee Application of J. Gleason Associates, LLC as Accountant for the Debtor pursuant to sections 330(a) and 331 of the Bankruptcy Code, and after notice and hearing, it is hereby ORDERED that:

1. The First Fee Application of J. Gleason Associates, LLC is APPROVED on an interim basis.
2. J. Gleason Associates, LLC is allowed compensation in the amount of $1,826.50 to be paid upon approval of this fee application.

BY THE COURT:

____________________________
Honorable Ashely M. Chan
Chief, United States Bankruptcy Judge