**Fill in this information to identify the case:**

Debtor Name SDLOMO Partners LLC

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 25-14688

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: July 2026

Date report filed: 08/17/2026 (MM / DD / YYYY)

Line of business: Rental Residential

NAISC code: 531110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Lamonte Owens

Original signature of responsible party: Lamonte Owens

Printed name of responsible party: Lamonte Owens

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☑ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |



Signed via Verifyle: 6a875e002bb1d39d

Debtor Name SDLOMO Partners LLC Case number 25-14688

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 4,909.91

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 4,250.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*. − $ 4,880.17

Report the total from *Exhibit D* here.

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. + $ -630.17
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 4,279.74

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 17,262.90

*(Exhibit E)*



Signed via Verifyle: 6a875e002bb1d39d

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 0

27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 6,000.00 | – | $ 4,250.00 | = | $ 1,750.00 |
| 33. **Cash disbursements** | $ 6,395.22 | – | $ 4,880.17 | = | $ 1,515.05 |
| 34. **Net cash flow** | $ -395.22 | – | $ -630.17 | = | $ 234.95 |

35. Total projected cash receipts for the next month: $ 6,000.00

36. Total projected cash disbursements for the next month: - $ 6,395.22

37. Total projected net cash flow for the next month: = $ -395.22



Signed via Verifyle: 6a875e002bb1d39d

Debtor Name SDLOMO Partners LLC Case number 25-14688

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



Signed via Verifyle: 6a875e002bb1d39d

SDLOMO Partners LLC
Case #25-14688
Exhibit A

Question #:

3 The Foremost insurance premium payment was returned for lack of funds and there were no funds available to pay the utility bills.

9 The July 2026 premium was returned due to lack of funds in the DIP account. Arrangements to make this payment were made.

Signed via Verifyle: 6a875e002bb1d39d

SDLOMO Partners LLC

Case #25-14688

Exhibit B

Signed via Verifyle: 6a875e002bb1d39d

SDLOMO Partners LLC

Case #25-14688

Exhibit C-Total Cash Receipts

| | Date | Deposit |
|---|---|---|
| | 7/23/2026 | 4,000.00 |
| | 7/31/2026 | 250.00 |
| Deposits into DIP Account | | 4,250.00 |

Signed via Verifyle: 6a875e002bb1d39d

SDLOMO Partners LLC

Case #25-14688

Exhibit D-Total Cash Disbursements

| Date | Payee | Amount |
|---|---|---|
| 7/6/2026 | Shell Point | 1,400.00 |
| 7/6/2026 | Shell Point | 1,400.00 |
| 7/6/2026 | Faye Servicing | 1,230.17 |
| 7/8/2026 | Lamonte Owens | 850.00 |
| | | 4,880.17 |

Signed via Verifyle: 6a875e002bb1d39d

SDLOMO Partners LLC

Case #25-14688

Exhibit E-Listing of Unpaid Bills

| Date | Payee | Amount |
|---|---|---|
| 2/17/2026 | PECO-2323 N Opal Street | 235.58 |
| 2/9/2026 | PECO-1327 W Toronto St- 2nd Fl Philadelphia | 108.85 |
| 3/4/2026 | PECO-1327 W Toronto St -1st Fl Philadelphia | 43.10 |
| 2/6/2026 | PECO-5142 Wyalusing Avenue | 144.75 |
| 4/13/2026 | J Gleason Associates LLC-Operating Reports | 964.00 |
| 4/1/2026 | Shell Point-Mortgage Payment-1327 Toronto | 1,400.00 |
| 4/1/2026 | Shell Point-Mortgage Payment-5142 Wyalusing | 1,400.00 |
| 4/27/2026 | City of Philadelphia Water Bill-2452 W Toronto | 4,825.83 |
| 5/4/2026 | City of Philadelphia Water Bill-1327 W Toronto St | 2,391.69 |
| 2/24/2026 | City of Philadelphia Water Bill-5142 Wyalusing Ave | 519.37 |
| 4/16/2026 | City of Philadelphia Water Bill-2323 N Opal St | 480.90 |
| 3/4/2026 | City of Philadelphia Water Bill-1328 W Clearfield St | 193.98 |
| 5/1/2026 | Shell Point-Mortgage Payment-1327 Toronto | 1,400.00 |
| 5/1/2026 | Shell Point-Mortgage Payment-5142 Wyalusing | 1,400.00 |
| 7/1/2026 | Foremost Insurance | 142.35 |
| 7/31/2026 | J Gleason Associates LLC-Operating Reports | 1,612.50 |
| | | 17,262.90 |

Signed via Verifyle: 6a875e002bb1d39d

10:57 AM
08/17/26

## SDLOMO Partners LLC
# Reconciliation Summary
### TD DIP Acct 8841, Period Ending 07/31/2026

| | | Jul 31, 26 |
|---|---|---|
| **Beginning Balance** | | 4,909.91 |
| **Cleared Transactions** | | |
| **Checks and Payments - 5 items** | -5,022.52 | |
| **Deposits and Credits - 3 items** | 4,392.35 | |
| **Total Cleared Transactions** | -630.17 | |
| **Cleared Balance** | | **4,279.74** |
| **Register Balance as of 07/31/2026** | | 4,279.74 |
| **Ending Balance** | | 4,279.74 |

10:57 AM
08/17/26

# SDLOMO Partners LLC
# Reconciliation Detail
## TD DIP Acct 8841, Period Ending 07/31/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 4,909.91 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 07/06/2026 | ACH | Shell Point | X | -1,400.00 | -1,400.00 |
| Check | 07/06/2026 | ACH | Shell Point | X | -1,400.00 | -2,800.00 |
| Check | 07/06/2026 | ACH | Faye Servicing | X | -1,230.17 | -4,030.17 |
| Check | 07/08/2026 | 1028 | Lamonte Owens | X | -850.00 | -4,880.17 |
| Check | 07/20/2026 | ACH | Foremost Insurance | X | -142.35 | -5,022.52 |
| Total Checks and Payments | | | | | -5,022.52 | -5,022.52 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 07/21/2026 | ACH | Foremost Insurance | X | 142.35 | 142.35 |
| Deposit | 07/23/2026 | | | X | 250.00 | 392.35 |
| Deposit | 07/31/2026 | | | X | 4,000.00 | 4,392.35 |
| Total Deposits and Credits | | | | | 4,392.35 | 4,392.35 |
| Total Cleared Transactions | | | | | -630.17 | -630.17 |
| Cleared Balance | | | | | -630.17 | 4,279.74 |
| Register Balance as of 07/31/2026 | | | | | -630.17 | 4,279.74 |
| **Ending Balance** | | | | | **-630.17** | **4,279.74** |

**TD Bank**

America's Most Convenient Bank®

SDLOMO PARTNERS LLC
DIP CASE 25-14688 EDPA
1310 S 5TH ST
PHILADELPHIA PA 19147

039 / Chapter 11 Checking 4468138841

| | | | |
|---|---|---|---|
| Statement Beginning Balance | | | $3,402.50 |
| Plus | 7 | Deposits and Other Credits | $12,852.69 |
| Less | 11 | Checks and Other Debits | $11,975.45 |
| Statement Balance As Of: 07/31/2026 | | | $4,279.74 |

**Transactions By Date**

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 6/1/2026 | NEWREZ-SHELLPOIN ACH PMT | $1,427.78 | | $1,974.72 |
| 6/1/2026 | NEWREZ-SHELLPOIN ACH PMT | $1,422.46 | | $552.26 |
| 6/2/2026 | DEPOSIT | | $2,000.00 | $2,552.26 |
| 6/2/2026 | FAY SERVICING ACH PMTS | $1,230.17 | | $1,322.09 |
| 6/3/2026 | FAY SERVICING ACH PMTS | | $1,230.17 | $2,552.26 |
| 6/4/2026 | DEBIT | $1,500.00 | | $1,052.26 |
| 6/5/2026 | FAY SERVICING RETRY PYMT | $1,230.17 | | ($177.91) |
| 6/8/2026 | FAY SERVICING RETRY PYMT | | $1,230.17 | $1,052.26 |
| 6/22/2026 | FOREMOST EPM PYMT | $142.35 | | $909.91 |
| 6/30/2026 | DEPOSIT | | $4,000.00 | $4,909.91 |
| 7/6/2026 | NEWREZ-SHELLPOIN ACH PMT | $1,400.00 | | $3,509.91 |
| 7/6/2026 | NEWREZ-SHELLPOIN ACH PMT | $1,400.00 | | $2,109.91 |
| 7/6/2026 | FAY SERVICING ACH PMTS | $1,230.17 | | $879.74 |
| 7/8/2026 | 1028 CHECK | $850.00 | | $29.74 |
| 7/20/2026 | FOREMOST EPM PYMT | $142.35 | | ($112.61) |
| 7/21/2026 | FOREMOST EPM PYMT | | $142.35 | $29.74 |
| 7/23/2026 | DEPOSIT | | $250.00 | $279.74 |
| 7/31/2026 | DEPOSIT | | $4,000.00 | $4,279.74 |

**Check Transactions**

| Number | Date | Amount |
|---|---|---|
| 1028 | 7/8/2026 | $850.00 |

**TD Bank**

America's Most Convenient Bank®

SDLOMO PARTNERS LLC
DIP CASE 25-14688 EDPA
1310 S 5TH ST
PHILADELPHIA PA 19147

039 / Chapter 11 Checking 4468138841

| | | | |
|---|---|---|---|
| **Statement Beginning Balance As Of: 8/1/2026** | | | **$4,279.74** |
| **Plus** | **1** | **Deposits and Other Credits** | **$100.00** |
| **Less** | **4** | **Checks and Other Debits** | **$4,280.17** |
| **Statement Balance As Of: 08/17/2026** | | | **$99.57** |

**Transactions By Date**

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 8/3/2026 | NEWREZ-SHELLPOIN ACH PMT | $1,400.00 | | $2,879.74 |
| 8/3/2026 | NEWREZ-SHELLPOIN ACH PMT | $1,400.00 | | $1,479.74 |
| 8/4/2026 | FAY SERVICING ACH PMTS | $1,230.17 | | $249.57 |
| 8/6/2026 | DEPOSIT | | $100.00 | $349.57 |
| 8/10/2026 | QUARTERLY FEE PAYMENT | $250.00 | | $99.57 |

**Check Transactions**

| Number | Date | Amount |
|---|---|---|