**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>SDLOMO PARTNERS, LLC<br>Debtor(s)<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, A FEDERAL SAVINGS BANK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR CIM TRUST 2023-I2<br>Movant<br>v.<br>SDLOMO PARTNERS, LLC<br>Debtor(s)<br><br>LAMONT OWENS<br>Co-Debtor<br>Respondent(s) | Chapter: 11<br><br>Bankruptcy Case: 25-14688-amc<br><br>Judge: CHAN, ASHELY M. |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and WILMINGTON SAVINGS FUND SOCIETY, FSB, a federal savings bank, not in its individual capacity but solely as indenture trustee for CIM Trust 2023-I2, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: Sept. 16, 2026

UNITED STATES BANKRUPTCY JUDGE