United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
SDLOMO Partners, LLC
Debtor

Case No. 25-14688-amc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 16, 2026 Form ID: pdf900 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SDLOMO Partners, LLC, 1308 N. 31st Street, Philadelphia, PA 19121-4425 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, a federal sa, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, a federal savings bank, not in its individual capacity but solely as indenture trustee for CIM Trust 2023-I2 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pacific Asset Holding LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MAGGIE S SOBOLESKI | on behalf of Debtor SDLOMO Partners LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MAGGIE S SOBOLESKI | on behalf of Accountant Gleason Associates msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |

| | |
|---|---|
| MARK A. CRONIN | on behalf of Creditor Pacific Asset Holding LLC philalaw@aol.com mccallaecf@ecf.courtdrive.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| STEVEN K. EISENBERG | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, a federal savings bank, not in its individual capacity but solely as indenture trustee for CIM Trust 2023-I2 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>SDLOMO PARTNERS, LLC<br>Debtor(s)<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, A FEDERAL SAVINGS BANK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR CIM TRUST 2023-I2<br>Movant<br>v.<br>SDLOMO PARTNERS, LLC<br>Debtor(s)<br><br>LAMONT OWENS<br>Co-Debtor<br>Respondent(s) | Chapter: 11<br><br>Bankruptcy Case: 25-14688-amc<br><br>Judge: CHAN, ASHELY M. |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and WILMINGTON SAVINGS FUND SOCIETY, FSB, a federal savings bank, not in its individual capacity but solely as indenture trustee for CIM Trust 2023-I2, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: Sept. 16, 2026

UNITED STATES BANKRUPTCY JUDGE