**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>SDLOMO Partners, LLC<br><br>Debtor(s)<br>Lamonte Owens<br>Co-Debtor(s) | Chapter 11<br><br>Case Number: 25-14688-amc |

**WITHDRAWALOF STIPULATION OF SETTLEMENT**

WILMINGTON SAVINGS FUND SOCIETY, FSB, a federal savings bank, not in its individual capacity but solely as indenture trustee for CIM Trust 2023-I2 (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its Stipulation of Settlement filed on or about 10/12/2026, without prejudice, as the matter was filed in error.

Date: October 12, 2026

Respectfully Submitted,

*/s/ Daniel P. Jones*

Daniel P. Jones FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: October 12, 2026

Maggie S Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
msoboleski@kmllawgroup.com
**Counsel for Debtor**

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

SDLOMO Partners, LLC
1310 S. 5th Street
Philadelphia, PA 19147
**Debtor(s)**

Lamonte Owens
5142 Wyalusing Avenue
Philadelphia, PA 19131
**Non Filing Co-Debtor**

By:

<u>/s/ Daniel P. Jones</u>
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant