**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| SDLOMO PARTNERS, LLC., | § | CASE NO. 25-14688-AMC |
| | § | |
| DEBTOR. | § | |

## CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on October 16, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee to Dismiss Debtor's Case For Failure to Demonstrate Viable Path To Reorganization attachments thereto;
- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: October 16, 2026

By: /s/ *Hannah Deininger*
Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Served electronically on all CM/ECF participants registered in these cases through the Court's CM/ECF system at their respective email addresses registered with the Court.

MAGGIE S SOBOLESKI
Maggie Soboleski
701 Market Street - Suite 5000
Philadelphia, PA 19106
Email**:** **msoboleski@kmllawgroup.com**
**Debtor**
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

MEGAN N. HARPER
Divisional Deputy City Solicitor
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
Email: Megan.Harper@phila.gov
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

Tricia Morra
ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
tmorra@aldridgepite.com
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Email: seisenberg@sterneisenberg.com
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

Mark Cronin
325 Chestnut Street, Suite 725
Philadelphia, PA 19106
Email: mark.cronin@mccalla.com
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

**END OF DOCUMENT**